UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TAMMIE WALKER, | Case No. 1:08-cv-666 |
| Plaintiff, | HONORABLE PAUL MALONEY |
| v. | Magistrate Judge Scoville |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## **JUDGMENT**

Final Judgment is **ENTERED** in favor of the Commissioner and against the plaintiff.

The Commissioner's denial of disability benefits is AFFIRMED.

**IT IS SO ORDERED this   24th   day of September 2009.**

                                                /s/ Paul L. Maloney
                                                Honorable Paul L. Maloney
                                                Chief United States District Judge